**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_____
                                )
**John Daly et al,**             )
                                )
                                )
                                )
         Plaintiff,              )     Civil Action No.
                                )      1:17-cv-10186-RGS
                                )
v.                               )
                                )
**Pyschemedics Corporation et al,** )
                                )
                                )
                                )
         Defendant.              )
_____ )

**ORDER OF DISMISSAL**

   **Stearns   D.J.**

   In accordance with the Court's Order dated 11/7/2017 granting the Defendant's motion to dismiss (dkt. no. 27), it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

   11/7/2017                                    By the Court,
     Date                                       /s/Stephanie Caruso
                                                Deputy Clerk